**No. 61894.**—May Dept. Stores Co. and Kaufmann-Pittsburgh *v.* United States, protest 139471–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 61895.**—The American Fabrics Company *v.* United States, protest 28750–K (Bridgeport).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61896.**—Elvic Import Corporation et al. *v.* United States, protests 185949–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 6, 1958

**No. 61897.**—U. S.-Asiatic Co., Inc. *v.* United States, protest 230859–K (C) (New York).

Opinion by JOHNSON, J. At the trial, the entry, invoice, and collector's letter of transmittal were received in evidence, and it was stipulated that the facts set forth therein were true and correct. The protest was limited to item No. 449 on